SEP 15 2025 PM2:38
FILED - USDC - BPT - CT

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

LUIS SALAMAN
Plaintiff,

CIV. NO. 3:25-CV-00482 (KAD)

Vs.

DAVID CARNEY et al.,
Defendants.

September 5th, 2025

## <u>NOTICE OF APPEAL</u>

Pursuant to the Federal Rules of Appellate Procedure. Notice is hereby given to the U.S. District Court for the District Of Connecticut, the Plaintiff, Luis Salaman in the above-entitled matter, hereby appeals to the United States Court of Appeals for the 2nd Circuit from the final judgment entered in this action on August 22nd, 2025 the court filed an **Initial Review order RE: COMPLAINT NO. 1** and dismissing the Plaintiff, Luis Salaman's civil action.

THE PLAINTIFF, LUIS SALAMAN

BY: _____

Luis Salaman #94541-509

Donald W. Wyatt detention facility

950 High Street

Central Falls, RI 02863

1

## **CERTIFICATION**

I, hereby certify that on September 5th, 2025, a true copy of the forgoing Notice of Appeal was sent by pre-paid U.S. Postage and served by mail to the office of the clerk of the U.S. District Court 915 Lafayette Boulevard Bridgeport, Connecticut 06604.

9-5-2025